# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Rafael MELENDREZ,<br><br>　　　　　　Defendant. | Case No.: 21MJ8297<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 12, 2021, within the Southern District of California, defendant, Rafael MELENDREZ, did knowingly and intentionally import approximately 21.46 kilograms (47.31 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Mohammed Rahman
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this __15__ day of April, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Rafael MELENDREZ

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Mohammed Rahman.

On April 12, 2021, at approximately 2:30 p.m., Rafael MELENDREZ (MELENDREZ) a United States Citizen, applied for entry into the United States at the Calexico, California West Port of Entry via the vehicle primary lanes. The primary inspector Customs and Border Protection Officer (CBPO) E. Escobar received a negative customs declaration and sent MELENDREZ and his vehicle to the vehicle secondary area for further inspection.

Secondary CBPO A. Gonzalez received a negative customs declaration from MELENDREZ. MELENDREZ advised CBPO Gonzalez that MELENDREZ was on his way to Imperial, California. Subsequently, CBPO E. San Bartolome's Human Narcotics Detection Dog alerted to the rear seats of MELENDREZ's vehicle. CBPO Gonzalez used the fiber optic scope in the gas tank and, while removing the scope from the gas tank, CBPO Gonzalez noticed a white substance had crystalized on the scope. CBPO Gonzalez further noticed that the entrance to the filler neck of the gas tank was also contaminated with the substance.  .

CBPO E. Garcia utilized the GEMINI test kit to field test the substance and received positive result for methamphetamine. A total of four (4) buckets of liquid methamphetamine were retrieved from the vehicle and weighed 21.46 kilograms (47.31 pounds).

MELENDREZ was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance, and was issued a Notice to Appear dated April 22, 2021 at 8:00 a.m.